STATE OF NEW JERSEY v. PIO SOTO.

February 1, 1972. Petition for Certification denied.

MARIE RUSSO, WIDOW, *ETC.* v.
TEACHERS' PENSION AND ANNUITY FUND.

February 1, 1972. Petition for Certification granted.

STATE OF NEW JERSEY v. LUIS MORALES.

February 1, 1972. Petition for Certification denied. (See 116 *N. J. Super.* 538.)

EDWARD APPLEGATE v. S. C. SCHEFRIN, *ET AL.*

February 1, 1972. Petition for Certification denied.

STATE OF NEW JERSEY v. ELIJAH STEELE.

February 1, 1972. Petition for Certification denied.

STATE OF NEW JERSEY v. ANTHONY C. COPPOLA.

February 1, 1972. Petition for Certification denied.